**Order entered January 26, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01504-CV

**JEFFREY BARON, Appellant**

**V.**

**GERRIT M. PRONSKE, INDIVIDUALLY AND PRONSKE, GOOLSBY & KATHMAN, P.C. F/K/A PRONSKE & PATEL, P.C., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-12042**

## ORDER

Before the Court is appellant's December 23, 2014, opposed motion regarding amount of supersedeas bond. On January 22, 2015, at the request of the parties, this Court remanded this case to the trial court for rendition of judgment in accordance with the parties' agreement. Accordingly, we **DENY** appellant's December 23, 2014, motion as moot.

/s/     BILL WHITEHILL
            JUSTICE